139 So. 238

## J. M. PHILLIPS v. Annie H. LONG.

6 Div. 36.

Supreme Court of Alabama.

Jan. 14, 1932.

Arthur Fite, of Jasper, for appellant.

Davis & Curtis, of Jasper, for appellee.

FOSTER, J.

This appeal involves the same equitable rights and remedies discussed and settled in the cases of Deepwater Black Creek Coal Co. v. Annie H. Long, ante, p. 63, 139 So. 236, and Burton Manufacturing Co. v. Annie H. Long, ante, p. 62, 139 So. 236. And upon their authority, the decree in this case is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.